

# NUMBER 13-21-00389-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

JOHN VALENZUELA,                                                    Appellant,

v.

THE STATE OF TEXAS,                                                    Appellee.

### On appeal from the 117th District Court
### of Nueces County, Texas.

## ORDER TO FILE REPORTER'S RECORD

**Before Chief Justice Contreras and Justices Benavides and Tijerina**
**Order Per Curiam**

This cause is before the Court on the reporter's failure to file the record by May 2, 2022, and the reporter's request for an extension of time until June 3, 2022. The reporter's record in this matter was originally due on January 4, 2022. While the record was originally due January 4, 2022, the designation of the record was not received by the reporter until January 11, 2022.

The reporter has previously requested and received two extensions of time to file the record. The Court, having fully examined and considered the extensions previously granted in this cause, is of the opinion that, in the interest of justice, an order should be entered.

Reporter, Ms. JoAnna Farias, is hereby ORDERED to file the reporter's record in this Court no later than 5:00 p.m. on June 3, 2022.  No further motions for extension of time will be entertained by the Court.  Failure of the  reporter to file the record by the date and time herein set forth shall result in the issuance of an order to show cause.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
9th day of May, 2022.